

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Marcos, Joshua Perez<br>DEFENDANT(S). | CASE NUMBER<br>10 MJ-1473<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Detention Hearing_, _7/15/10_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _RALPH ZAREFSKY_, in Courtroom _341 - duty_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _7/13/10_

_____
U.S. District Judge/Magistrate Judge